**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

RAMON AARON HERMAN
ESQUIVEL,

  Plaintiff,

v.                                                          CASE NO.: 1:24-cv-04367-LMM-CMS

EQUIFAX INFORMATION
SERVICES LLC, EXPERIAN
INFORMATION SOLUTIONS, INC.,
OPPORTUNITY FINANCIAL, LLC,
TD BANK, N.A., and UPGRADE,
INC.,

  Defendants.
_____/

**NOTICE OF SETTLEMENT AS TO DEFENDANTS,**
**EQUIFAX INFORMATION SERVICES LLC AND EXPERIAN**
**INFORMATION SOLUTIONS, INC.**

    COMES NOW Plaintiff, RAMON AARON HERMAN ESQUIVEL, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendants, EQUIFAX INFORMATION SERVICES LLC and EXPERIAN INFORMATION SOLUTIONS, INC., have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general

1

release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Dated this 13th day of November, 2024.

/s/Octavio Gomez
Octavio "Tav" Gomez
Florida Bar #:0338620
Georgia Bar #: 617963
Pennsylvania #: 325066
The Consumer Lawyers PLLC
501 E. Kennedy Blvd., Ste 610
Tampa, FL 33602
Cell: (813)299-8537
Facsimile: (844)951-3933
Primary Email:
Tav@theconsumerlawyers.com
Secondary Email:
Lisa@theconsumerlawyers.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed on this 13th day of November, 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

/s/Octavio Gomez
Octavio "Tav" Gomez
Georgia Bar #: 617963
*Attorney for Plaintiff*