UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RAMON AARON HERMAN
ESQUIVEL,

  Plaintiff,

v.

EQUIFAX INFORMATION
SERVICES LLC; EXPERIAN
INFORMATION SOLUTIONS, INC.;
OPPORTUNITY FINANCIAL, LLC;
TD BANK, N.A., and UPGRADE,
INC.,

     Defendants.
                                       /

CASE NO. 1:24-cv-04367-LMM-CMS

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO TD BANK, N.A.

COMES NOW Plaintiff, RAMON AARON HERMAN ESQUIVEL and Defendant, TD BANK, N.A., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, without prejudice, each claim and count therein asserted by Plaintiff, against the Defendant TD BANK, N.A. in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 19th day of February, 2025.

1

*/s/ Octavio Gomez*
Octavio "Tav" Gomez
Florida Bar No.: 0338620
Georgia Bar No.: 617963
Pennsylvania No.: 325066
The Consumer Lawyers PLLC
501 E. Kennedy Blvd., Suite 610
Tampa, FL 33602
Cell: (813) 299-8537
Facsimile: (844) 951-3933
Tav@theconsumerlawyers.com
*Attorney for Plaintiff*

*/s/ R. Patrick White*
R. Patrick White
GA Bar No. 754806
Kershaw White LLC
5881 Glenridge Drive, Suite 100
Atlanta, GA 30328
Tel.: 470-443-1100
Email:
patrick.white@kershawwhite.com
*Attorneys for Defendant*
*TD Bank USA, N.A.*

*/s/ Brandon T. White*
Brandon T. White, Esq.
Georgia Bar No. 861889
HOLLAND & KNIGHT LLP
701 Brickell Ave., Suite 3300
Miami, FL 33131
Tel: (305) 374-8500
Fax: (305) 789-7799
brandon.white@hklaw.com
*Attorneys for Defendant Opportunity*
*Financial, LLC*