UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RAMON AARON HERMAN ESQUIVEL,

  Plaintiff,

v.

EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; OPPORTUNITY FINANCIAL, LLC; TD BANK, N.A.; and UPGRADE, INC.,

     Defendants.
_____/

CASE NO. 1:24-cv-04367-LMM

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO OPPORTUNITY FINANCIAL, LLC

COMES NOW Plaintiff, RAMON AARON HERMAN ESQUIVEL and Defendant, OPPORTUNITY FINANCIAL, LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff, against the Defendant OPPORTUNITY FINANCIAL, LLC in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 4th day of April, 2025.

1

| | |
|---|---|
| **/s/ Octavio Gomez** | **/s/ Brandon T. White** |
| Octavio "Tav" Gomez | Brandon T. White, Esq. |
| Florida Bar No.: 0338620 | Georgia Bar No. 861889 |
| Georgia Bar No.: 617963 | brandon.white@hklaw.com |
| Pennsylvania No.: 325066 | HOLLAND & KNIGHT LLP |
| The Consumer Lawyers PLLC | 701 Brickell Ave., Suite 3300 |
| 501 E. Kennedy Blvd., Suite 610 | Miami, FL 33131 |
| Tampa, FL 33602 | Tel: (305) 374-8500/Fax: (305) 789-7799 |
| Cell: (813) 299-8537 | *Attorneys for Defendant Opportunity Financial, LLC* |
| Facsimile: (844) 951-3933 | |
| Tav@theconsumerlawyers.com | |
| *Attorney for Plaintiff* | |

**/s/ R. Patrick White**
R. PATRICK WHITE
Georgia Bar No. 754806
5881 Glenridge Drive, Suite 100
Atlanta, GA  30328
470-443-1100 main phone
470-344-0992 direct dial
404-748-1179 fax
patrick.white@kershawwhite.com

***Counsel for Defendant TD Bank USA, N.A.***

2